IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION
HONORABLE JUDGE DARRIN P. GAYLES

Case 1:24-cv-23446-DPG

**Patrick Comack**
Plaintiff/Patient
v.
**University of Miami**
**Andres M. Kanner, MD**
**Bonnie E. Levin, PhD**
Defendants

FILED BY _L.A.W_ D.C.

SEP 19 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - KEY WEST

## PLAINTIFF'S MOTION TO RECUSE/DISQUALIFY MAGISTRATE JUDGE GOODMAN

1) Pursuant to 28 U.S. Code § 144 and 28 U.S. Code § 455 (a), Plaintiff/Patient Patrick Comack ("Comack") hereby respectfully moves for a recusal and disqualification of District Court Magistrate Judge Jonathan Goodman ("Magistrate Judge Goodman") from presiding over this instant Case 1:24-cv-23446-DPG Patrick Comack v. University of Miami, Andres M. Kanner and Bonnie E. Levin ("case") in the United States District Court for the Southern District of Florida - Key West Division ("Court").

2) This case was created by a September 6, 2024 complaint ("complaint") (ECF #1) filed pro se by Plaintiff/Patient Comack against Defendants University of Miami ("U of M") and its employees Andres M. Kanner, MD ("Kanner") and Bonnie E. Levin, PhD ("Levin").

3) This case is a civil action for medical conflicts of interest fraud and obstruction of justice by Defendants U of M, Kanner and Levin in a federal Social Security Administration ("SSA") investigation pursuant to 18 United States Code ("U.S.C.") § 1512, §18 U.S.C. §1519 and §18 U.S.C. §1343, which includes, but is not limited to, intentional medical

1

records falsification in 2020, intentional medical records concealment in 2020, intentional medical records tampering in 2020, wire fraud in 2020 and an intentional medical records cover-up in 2020 of medical conflicts of interest fraud and crimes that were perpetrated against Comack in 2013-2014.  This Court has jurisdiction under 28 U.S.C. §1331.

4) Magistrate Judge Goodman is a graduate of the U of M Law School (Exhibit A).

5) Judge Kathleen M. Williams, who also went to U of M Law School, just recused herself from this instant case (ECF #6).

6) There are plenty of magistrate judges in this Court that did not attend U of M that could preside over this federal U of M medical conflicts of interest fraud case.

7) It would be ironic and sad if the magistrate judge in a federal U of M medical conflicts of interest fraud case had conflicts of interest himself. This case could include heavy punitive damages against U of M.  This case will also hopefully get heavy media and political exposure, because discussion of the need for disclosure of medical conflicts of interest to patients is in the public interest.

8) "Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned" (see 28 U.S.C. § 455(a)).  The standard for recusal under § 455(a) is objective, and requires a court to ask "whether an objective, disinterested lay observer fully informed of the facts underlying the grounds on which recusal was sought would entertain a significant doubt about the judge's impartiality." *Bolin v Story*, 225 F.3d 1234, 1239 (11th Cir. 2000).

9) The Due Process clauses of the U.S. Constitution require judges to recuse/disqualify themselves from cases in two situations:

   1. Where the judge has a financial interest in the case's outcome.

2

    2. Where there is a strong possibility that the judge's decision will be biased.

10) For the foregoing reasons, this Court should grant Comack's Motion to Recuse/Disqualify Magistrate Judge Goodman from presiding over this instant Case 1:24-cv-23446-DPG.

| | |
|---|---|
| Dated: September 19, 2024 | Respectfully submitted, |
| | Patrick J. Comack |
| | (C) #305-609-6773 |
| | E-mail: pcomack@protonmail.com |
| | */s/ Patrick J. Comack* |

## CERTIFICATE OF SERVICE

I certify that on this 19th day of September 2024, I mailed a true and correct copy of the forgoing document by U.S. certified mail to:

Aileen M. Ugalde, SVP, General Counsel
University of Miami
c/o Humberto Speziani, Registered Agent
Department of Risk Management
5187 Ponce DeLeon Blvd.
Coral Gables, FL 33146

Andres M. Kanner, MD
University of Miami
c/o Humberto Speziani, Registered Agent
Department of Risk Management
5187 Ponce DeLeon Blvd.
Coral Gables, FL 33146

Bonnie E. Levin, PhD
University of Miami
c/o Humberto Speziani, Registered Agent
Department of Risk Management
5187 Ponce DeLeon Blvd.
Coral Gables, FL 33146

Dated: September 19, 2024

Respectfully submitted,

Patrick J. Comack

(C) #305-609-6773

E-mail: pcomack@protonmail.com

*/s/ Patrick J. Comack*

4



Home

Log In

# Prabook

Enter any word and find people

Create Biography

*Exhibit A ①*

- General
- Education
- Career
- Works
- Life Stance
- Personality
- Connections
- References
- Album

**People Also Searched For**



*Algot Bagge*

## Jonathan Goodman     Edit Profile

lawyer

Jonathan Goodman, American lawyer, specializing in the field of Litigation, White Collar Criminal Defense, Civil and Criminal Forfeiture. Member of Akerman, Senterfitt & Eidson, P.A.

Add photo



View map

# Background

Goodman, Jonathan was born on December 13, 1955 in New York, New New York

# Education

University of Florida (Bachelor of Science, Journalism, 1977). University of Miami (Juris Doctor, magna cum laude, 1983).

# Career

Worked at Akerman, Senterfitt & Eidson, P.A. (Miami, Florida) specializing in Litigation, White Collar Criminal Defense, Civil and Criminal Forfeiture. Admitted to the bar, 1983, Florida. United States. District Court

Southern

District of Florida, including Trial Bar. United States. District Court M. District of Florida; United States.

Court of Appeals, 11th Circuit.

Associate Member, University of Miami Law Review, 1982-1983. Assistant United States Attorney, Southern District of Florida, 1984-1988.

Member: Dade County (Chairman, Dade County Bar Grievance Committee "1", 1993-1994) and American (White Collar Sub-Committee) Bar Associations.

# Achievements

Jonathan Goodman has been listed as a reputable lawyer by Martindale-Hubbell.

# Membership

Member: Dade County (Chairman, Dade County Bar Grievance Committee "1", 1993-1994) and American (White Collar Sub-Committee) Bar Associations.

**Born**
December 13, 1955
New York, New York

**Nationality**
American



About   FAQ   Mobile Version   Terms of Service   Privacy Policy   Contacts   Subscription   Join Prabook
Prabook is a registered trademark of World Biographical Encyclopedia, Inc.
Version 2.0.48.1.1248 2021

2 of 2                                                                                                                              9/19/2024, 11:13 AM