UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:24-cv-23446-DPG

PATRICK COMACK,

    Plaintiff,

v.

UNIVERSITY OF MIAMI, ANDRES M.
KANNER, M.D., and BONNIE E. LEVIN, PhD,

    Defendants.

## **DEFENDANTS' NOTICE OF NINETY (90) DAYS EXPIRING**

Defendants, UNIVERSITY OF MIAMI, ANDRES M. KANNER, M.D., and BONNIE E. LEVIN, PhD, by and through undersigned counsel and pursuant to S.D. Fla. L. R. 7.1(b)(4), hereby respectfully provide the Court notice that the following motion has been pending and fully briefed with no hearing set thereon for a period longer than ninety (90) days:

    1.    **Motion.** Defendants' Motion to Dismiss Plaintiff's Complaint [DE-10], filed and served on October 3, 2024.

    2.    **Response.** Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss [DE-24], filed and served on December 10, 2024.

    3.    **Reply.** Defendants' Reply Memorandum in Support of Their Motion to Dismiss Plaintiff's Complaint [DE-27], filed and served on December 31, 2024.

    4.    **Hearing.** The Court has not set a hearing on the motion.

Case No.  1:24-cv-23446-DPG

- 2 -

Respectfully submitted,

*/s/ Marc J. Schleier*
Christopher E. Knight
Fla. Bar No. 607363
Email: cknight@fowler-white.com
Marc J. Schleier
Fla. Bar No. 0389064
Email: mschleier@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Citigroup Center
201 South Biscayne Boulevard, 20th Floor
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:     (305) 789-9201

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 20, 2025, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I ALSO CERTIFY that the foregoing document is being served on all counsel of record and parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

/s/ *Marc J. Schleier*
Marc J. Schleier